102 A.3d 1249

**WELLS FARGO BANK, NA**

v.

**John DOE, Robin Nixon and Raymond Pratt.**

**Petition of Robin Nixon.**

**No. 144 EM 2014.**

Supreme Court of Pennsylvania.

Nov. 3, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of November, 2014, the "Emergency" Petition for Review is **DENIED.**